# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**ARTHUR "BUTCH" EWING,**<br><br>　　　　　Defendant. | **Case No. CR06-5632 RBL**<br>**ORDER RE:**<br>**ALLEGATIONS OF**<br>**VIOLATION OF**<br>**CONDITIONS OF**<br>**APPEARANCE BOND;**<br>**AND DETENTION**<br>**ORDER** |

**THIS MATTER** comes on for hearing at the request of the court following an assertion by United States Pretrial Services that the defendant tested positive for Methamphetamine following the court hearing of November 27, and the Appearance Bond releasing the defendant premised in part on his assertion that he was no longer using illegal drugs.

The court has considered the testimony of the defendant, the report from Scientific Testing Laboratories, Inc., and the arguments of counsel and finds that the defendant's Appearance Bond of November 27, 2006 should be revoked because it was granted under false pretenses submitted by the defendant regarding his drug use.  Defendant acknowledged is use to Pretrial Services and he has acknowledged it in his sworn testimony before the court this date.

The plaintiff appears through Special Assistant United States Attorney, Glenn Templeton;
The defendant appears personally and represented by counsel; Clayton Dickinson;

Accordingly defendant's Appearance Bond of November 27, 2006 is revoked and the defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

　　　　　　　　　　　　　　　　　　**December 5, 2006.**

　　　　　　　　　　　　　　　　　　 _/s/ J. Kelley Arnold_
　　　　　　　　　　　　　　　　　　**J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1