HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO.   CR06-5632RBL |
| v. | ) ORDER TO SEAL |
| ARTHUR "BUTCH" EWING, | ) |
| Defendant. | ) |

Having read the Government's Sentencing Memorandum in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Sentencing Memorandum and all responses and replies be allowed to remain under seal,

It is hereby ORDERED that the Government's Sentencing Memorandum and all responses and replies in this matter shall remain sealed.

DATED this 2nd day of March, 2007.

*[signature: Ronald B. Leighton]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

 *s/Ronald J. Friedman*
RONALD J. FRIEDMAN
Assistant United States Attorney

ORDER TO SEAL - 1
U.S. v. ARTHUR EWING, CR06-5632RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970